LOUIS CARR, by JAMES CARR, His Guardian ad Litem, Respondent, *v.* AMERICAN GLUCOSE COMPANY, Appellant.

*Carr* v. *American Glucose Co.,* 108 App. Div. 358, affirmed.
(Argued April 5, 1906; decided May 1, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

October 20, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through the negligence of the defendant.

*George W. Gillette* and *Leroy A. Lincoln* for appellant.

*Eugene M. Bartlett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Absent: O'BRIEN, J. Not sitting: HISCOCK, J.